| | |
|---|---|
| **From:** | Botany Bay <thebotanybay97@outlook.com> |
| **Sent:** | Friday, March 31, 2023 1:07 PM |
| **To:** | chris@cwiestlaw.com |
| **Subject:** | Fw: Payroll - Employee Retention Credit |
| **Attachments:** | Understanding-the-employee-retention-tax-credit (1) (1).pdf |

**From:** Jimmy Riccardi <jimmy@payroll.llc>
**Sent:** Tuesday, June 28, 2022 2:25 PM
**To:** botanybay97@gmail.com <botanybay97@gmail.com>
**Subject:** Payroll - Employee Retention Credit

Good Day,

Thank you for taking a few minutes to go over the ERTC (Employee Retention Tax Credit) and your eligibility with me. We have created this very brief 90 second video that will help you better understand the money available to you.  Please click on this link **ERC Video** for more information.

Please share this with your CPA and they will advise you to get the refund from the IRS.
If you do not qualify for any of these, you are still likely eligible for the Paid Leave Act or the Family Leave Act.  The typical business we help is getting between $20,000-$30,000.

I have also attached some information from the National Restaurant Association that sheds more light on this program.

You can also click on this link **ERC Agreement** to review our contingency agreement.  We only get paid if you get the money from the IRS.


Thank you for your consideration,


Jimmy Riccardi

ADP Wholesale Partner Client ID: 24986193



732-735-4566

8409 N. Military Trail #119

Palm Beach Gardens, FL 33410

ADP Run Payroll for Partners Wholesaler



The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries

1 Updated 4/16/2021





PUBLIC AFFAIRS POLICY BRIEF SERIES

POLICY BRIEF: UPDATES FROM AMERICAN RESCUE PLAN ACT, ENACTED 3/11/21

# UNDERSTANDING THE EMPLOYEE RETENTION TAX CREDIT

## HOW RESTAURANTS CAN BENEFIT FROM ERTC

☑ Employee Retention Tax Credits (ERTC) are key benefits used by many restaurants.

☑ Use this background sheet to understand recent updates to the program.

☑ Share this information with your accounting and finance team to ensure that your operations can benefit if eligible.

## LEARN MORE

Visit **RestaurantsAct.com**

**Disclaimer:** This content is for informational purposes only, and should not be used as legal, tax, investment, financial, or other advice. This information is of a general nature and does not address the circumstances of any particular individual or entity. The document does not constitute professional and/or financial advice, nor does any information constitute a comprehensive or complete statement of the matters discussed or the law. The reader of the document alone assumes the sole responsibility of evaluating the merits and risks associated with the use of any information before making any decisions based on such information.

## WHAT IS ERTC AND HOW DOES IT HELP MY RESTAURANT?

Eligible restaurants can now access ERTC for both 2020 and 2021 for eligible employee wages as long as these specific payroll wages and/or group benefits were not directly paid with Paycheck Protection Program (PPP) loan funds. Employers can access up to $5,000 per eligible employee in 2020, and up to $7,000 per eligible employee for each calendar quarter in 2021.

☑ **Restaurants can now receive up to $33,000 per eligible employee in ERTC across 2020 (up to $5,000) and 2021 ($7,000 for each calendar quarter).**

## EXAMPLES OF ERTC UTILIZATION

**Example 1**: Henry's Hotcakes (HH) received a $120,000 PPP loan in April 2020. These funds were fully spent on its 10 employees by September 20, 2020. Previously, HH would not have qualified for ERTC. However, HH can now reach back to its wages for the fourth quarter of 2020 (OCT-DEC) and obtain up to $5,000 per eligible employee (50% credit of up to $10,000 in eligible wages) in ERTC.

☑ **HH obtains up to $50,000 for Q4 2020 wages in ERTC.**

**Example 2:** Henry's Hotcakes (HH) is eligible for a Second Draw PPP loan but would also like to coordinate ERTC for its 10 employees during the first quarter of 2021 (JAN-MAR). On February 1, 2021, HH receives a Second Draw loan of $168,000 (at the 3.5 multiplier for restaurants/accommodations) and selects a 24-week covered period to utilize funds. HH spends 40% of the loan on rent, protective equipment, cleaning supplies, a new drive-thru window, and other forgivable PPP expenses in February and March 2021. Beginning April 2021, HH spends the rest of the PPP funds (60%) on eligible payroll expenses for the remainder of the covered period. For the first quarter of 2021 (JAN-MAR), HH utilizes ERTC and obtain $7,000 per eligible employee (70% credit of up to $10,000 in eligible wages) in ERTC.

☑ **HH obtains up to $70,000 for Q1 2021 wages in ERTC; AND**
☑ **HH utilizes a Second Draw PPP loan that can cover both Q1 non-payroll expenses and Q2 (APR-JUN) and/or July payroll expenses, depending on the covered period.**

**2** Updated 4/16/2021

PUBLIC AFFAIRS POLICY BRIEF SERIES

NATIONAL RESTAURANT ASSOCIATION

POLICY BRIEF: UPDATES FROM AMERICAN RESCUE PLAN ACT, ENACTED 3/11/21

# UNDERSTANDING THE EMPLOYEE RETENTION TAX CREDIT

## HOW ERTC HAS EVOLVED

Congress enacted key changes in December 2020 and March 2021 to expand and extend ERTC eligibility.

|  | Prior Law: 3/13/20 to 12/31/20 | Prior Law: 3/13/20 to 12/31/20 | Prior Law: 1/1/21 to 6/30/21 | NEW Law: 1/1/21 to 12/31/21 |
|---|---|---|---|---|
| **PPP Loan Interaction** | No ERTC if employer used a PPP loan | Employers that used a PPP loan can now claim ERTC as long as credits are not taken on direct PPP payroll expenses (wages, group benefits) | Employers that used a PPP loan can now claim ERTC as long as credits are not taken on direct PPP payroll expenses (wages, group benefits) | Employers that used a PPP loan can now claim ERTC as long as credits are not taken on direct PPP payroll expenses (wages, group benefits) |
| **Maximum creditable wages per employee*** | $10,000 per year | $10,000 per year | $10,000 per year | $10,000 per year |
| **Maximum credit** | Up to $5,000 per employee | Up to $5,000 per employee | Up to $14,000 per employee | **Up to $28,000 per employee** |
| **Threshold to be considered a "large employer"** *(based on average full-time employees in 2019, and considering aggregation rules)* | More than 100 | More than 100 | More than 500 | More than 500 |

*Qualified wages are defined in section 3121(a) of the Internal Revenue Code and compensation (defined in section 3231(e)), both determined without regard to the contribution and benefit base (as determined under section 230 of the Social Security Act). This includes qualified health plan expenses.

## IS MY BUSINESS ELIGIBLE FOR ERTC?

The following criteria define eligible employers and circumstances for ERTC eligibility.

☑ **Eligible Employers:**

Employers of 100 or less full-time employees can access ERTC for on-premises, working employees in 2020 and employers of 500 or less full-time employees can access ERTC for on-premises,



**3** Updated 4/16/2021

PUBLIC AFFAIRS
POLICY
BRIEF SERIES

POLICY BRIEF: UPDATES FROM AMERICAN RESCUE PLAN ACT, ENACTED 3/11/21
# UNDERSTANDING THE EMPLOYEE RETENTION TAX CREDIT

working employees in 2021. The employer status is calculated by counting the average number of full-time employees employed during 2019.

- A full-time employee is an employee who, with respect to any calendar month in 2019, worked an average of at least 30 hours per week or 130 hours in the month.

    - An employer that began business during 2019 determines the number of its full-time employees by taking the sum of the number of full-time employees in each full calendar month in 2019 when operating and dividing by that number of months.
    - An employer that began business during 2020 determines the number of its full-time employees by taking the sum of the number of full-time employees in each full calendar month in 2020 when operating and dividing by that number of months, same as the approach for employers that began business operations during 2019.

- Aggregation rules apply when determining the number of full-time employees; in most cases all entities are considered a single employer if they are a "controlled group" of corporations, are under common control, or are aggregated for benefit plan purposes.

## ☑ Eligible Circumstances:

**1.** Operations either fully or partially suspended due to orders from a governmental authority due to COVID-19, **OR;**

**2.** The business experienced a significant decline in gross receipts when comparing either the calendar quarter or the prior quarter to the corresponding quarter in 2019.

To understand the "full or partial closure orders" during a calendar quarter due to government order, the Internal Revenue Service (IRS) provides these specific restaurant examples:

- **Capacity restrictions to enable social distancing:** The following month, under a further governmental order, the restaurant is permitted to offer indoor dining service, in addition to outdoor sit-down and carry-out service, provided that all tables in the indoor dining room must be spaced at least six feet apart. Under the facts and circumstances, the governmental order restricting the spacing of tables limits the restaurant's indoor dining service capacity and has more than a nominal effect on its business operations. During this period, the restaurant's business operations continue to be considered to be partially suspended because the governmental order restricting its indoor dining service has more than a nominal effect on its operations.

- **Indoor dining closed but outdoor is open:** Same facts as #1, except that two months later, under a subsequent governmental order, the restaurant is permitted to offer sit-down service in its outdoor space, but its indoor dining service continues to be closed. During the period in which the restaurant is allowed to operate only its outdoor sit-down and carry-out service in accordance with the order, the restaurant's business operations are considered to be partially suspended because, under the facts and circumstances, a more than nominal portion of its business operations – its indoor dining service – is closed due to a governmental order.



**4** Updated 4/16/2021

PUBLIC AFFAIRS
POLICY
BRIEF SERIES

POLICY BRIEF: UPDATES FROM AMERICAN RESCUE PLAN ACT, ENACTED 3/11/21
# UNDERSTANDING THE EMPLOYEE RETENTION TAX CREDIT

- **All on-site dining closed:** A restaurant must close its restaurant to on-site dining due to a governmental order closing all restaurants, bars, and similar establishments for sit-down service. The restaurant is allowed to continue food or beverage sales on a carry-out, drive-through, or delivery basis. The restaurant's business operations are considered to be "partially suspended" because a portion of its business operations – its indoor and outdoor dining service – is closed due to the governmental order.

## ADDITIONAL ERTC PROVISIONS

### ✓ NEW Restaurant Revitalization Grants
Eligible entities which receive a Restaurant Revitalization Grant from the U.S. Small Business Administration may choose spend grant funds on payroll in calendar year 2021, which is an eligible expense. If the entity does meet payroll expenses with grant funds, the entity may not also receive ERTC for this payroll expense. The SBA and IRS will release more details on this coordination.

### ✓ Advance Payments
Form 7200: For 2020, the IRS allowed employers to reduce deposits of employment taxes when anticipating ERTC for qualified wages by filing Form 7200. For 2021, advance payments of ERTC are permitted only for small employers (500 or fewer employees during 2019) and only up to 70% of the average quarterly wages paid by the employer in calendar year 2019.

### ✓ Eligible Wages
Qualified wages are defined under section 3121(a) and section 3231(e) of the Internal Revenue Code. The employer's health plan expenses can be included.

### ✓ Ineligible Wages
Wages are qualified for ERTC only if the wages are made to an employee who continues to be employed by the employer. Any payments correlated with a former employee's termination of employment are not qualified wages because they are payments for the past employment relationship and not attributable for employee retention credits.

- The definition of compensation in section 3231(e) appears to exclude tips as a form of "eligible wages" for ERTC, as they are not paid by an Eligible Employer.

### ✓ Tax Treatment
Qualified wages are calculated without regard to federal taxes imposed or withheld, including the employee's or employer's shares of social security taxes, the employee's and employer's shares of Medicare tax, and federal income taxes required to be withheld.

- Deductions for qualified ERTC wages are not allowed for an employer's federal taxable income under IRC Section 280C(a). Any employer receiving ERTC must reduce its deduction for salaries and wages by the amount of the ERTC.

**5** Updated 4/16/2021

PUBLIC AFFAIRS POLICY BRIEF SERIES

POLICY BRIEF: UPDATES FROM AMERICAN RESCUE PLAN ACT, ENACTED 3/11/21

# UNDERSTANDING THE EMPLOYEE RETENTION TAX CREDIT

## UNDERSTANDING MORE

The following links and resources are useful as you review your own ERTC eligibility and application.

- "IRS provides guidance for employers claiming the Employee Retention Credit for first two quarters of 2021," IRS, April 2, 2021

- "Notice 2021-23 and Employee Retention Credit for First Two Calendar Quarters of 2021," KPMG, April 6, 2021

- "IRS provides guidance for employers claiming the Employee Retention Credit for 2020, including eligibility rules for PPP borrowers," IRS, March 1, 2021

- "2020 Guidance for Employee Retention Tax Credit, Notice 2021-20," IRS, March 1, 2021

- "Notice 2021-20 provides much anticipated guidance regarding the employee retention credit for 2020," KPMG, March 5, 2021

### CONTINUED ON NEXT PAGE ("ELIGIBILITY FLOWCHART")



**6** Updated 4/16/2021

PUBLIC AFFAIRS POLICY BRIEF SERIES

POLICY BRIEF: UPDATES FROM AMERICAN RESCUE PLAN ACT, ENACTED 3/11/21

# UNDERSTANDING THE EMPLOYEE RETENTION TAX CREDIT

NATIONAL RESTAURANT ASSOCIATION

| Flowchart: Eligibility for ERTC | | |
|---|---|---|
| Test One: Government Order to Fully or Partially Close Operations during Calendar Quarter | OR | Test Two: Significant Revenue Decline in a Calendar Quarter compared to 2019 (50% or more for 2020; 20% or more for 2021) |
| ↓ | | |
| Review wages paid - not to a relative - on a cash basis during the quarter: 2020: Wages after March 12th  2021: Wages for Q1, Q2, Q3, and/or Q4 | | |
| ↓ | | |
| Employer Size: Based on Number of Full-Time Employees in 2019 | | |
| Large Employers can only access if employees are not actively providing services; "large" have over 100 employees for 2020 and over 500 employees for 2021 | ↔ | Small Employers can access for any employee; 100 or less employees in 2020 and 500 or less employees for 2021 |
| ↓ | | ↓ |
| **Eligible Wages Per Employee**<br>- $5,000: 50% Credit on $10,000 in 2020<br>- $7,000: 70% Credit on $10,000 for Q1, Q2, Q3, and/or Q4 2021<br>- Health Insurance | | **Ineligible Wages**<br>- PPP payroll expenses<br>- Any payroll met with Restaurant Revitalization Grant funds<br>- FFCRA expenses<br>- Wages for other credits (i.e. work opportunity) |
| ↓ | | |
| Income Tax Treatment of ERTC<br>The credit amount reduces deductible wage expense, and businesses may need to amend income tax return | | |
| → | → | → |
| Estimate ERTC for the pay period and offset against required tax deposit for that payroll; if ERTC is more than tax deposit, file a Form 7200 for advance payment | Claim ERTC on Form 941, due 30 days after end of quarter | If business needs to amend return, file a Form 941-X to correct. **Deadline:** Later of 3 years from original filing OR 2 years from paying the tax |