**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | Botany Bay <thebotanybay97@outlook.com> |
| **Sent:** | Friday, March 31, 2023 1:07 PM |
| **To:** | chris@cwiestlaw.com |
| **Subject:** | Fw: You signed: "Payroll ERC Agreement - JGJR 308409" |
| **Attachments:** | Payroll ERC Agreement - JGJR 308409 - signed.pdf |

**From:** Payroll LLC <adobesign@adobesign.com>
**Sent:** Tuesday, June 28, 2022 5:02 PM
**To:** Robert Brandon Baker <Office@thebotanybay.net>; Franklin De La Cruz <franklin@payrollllc.net>
**Cc:** jimmy@payroll.llc <jimmy@payroll.llc>
**Subject:** You signed: "Payroll ERC Agreement - JGJR 308409"





You're done signing
**Payroll ERC Agreement - JGJR 308409**



Attached is the final agreement for your reference. You can also **open it online** to review its activity history.

Documents Team
ADP Wholesale Partner Client ID: 24986193
773-671-5593
8409 N. Military Trail #119
Palm Beach Gardens, FL 33410
ADP Run Payroll for Partners Wholesaler
The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries.

To ensure that you continue receiving our emails, please add adobesign@adobesign.com to your address book or safe list.

© 2022 Adobe. All rights reserved.



## ERC AGREEMENT

Business Name: The Botany Bay

Contact (First & Last Name): Robert Brandon Baker

**CELL** Phone: 8594891438

Email: Office@thebotanybay.net

Address: 2350 Woodhill Dr Ste 144

City Lexington   State KY   Zip: 40509

Approx. # Employees: 25

Your Payroll Company (ADP, Paychex, CPA, Local Accountant, etc.)? ADP

PAYROLL LLC

Documents Team

Phone: 561-464-0868

Address: 8409 N. Military Trail Ste 119

Palm Beach Gardens, FL 33410

If you have more than one company, please list EACH company's name in a box below and they will be treated as a separate agreement. This will prevent you from completed multiple contingency agreements.

_____     _____

_____     _____

_____     _____

_____

1. **SERVICES AND ENGAGEMENT**

If you own multiple entities and listed them above, the terms of this agreement will apply to EACH entity listed above, no differently than if you signed a separate agreement for each one.

Client hereby authorizes PAYROLL LLC to prepare, and submit through the appropriate agencies all paperwork, forms and materials associated with the Employee Retention Credit ("ERC") benefits. Client confirms that all materials and papers submitted by Client to Payroll LLC are true and accurate to the best of Client's knowledge.

8409 N. Military Trail #119, Palm Beach Gardens, FL 33410      

## 2. FEES FOR SERVICES/CONSIDERATION

Client understands that Payroll LLC shall **waive** the nonrefundable $10,000 fee and will be advancing all costs and labor associated with the submission of the ERC on behalf of Client. As such, and as consideration for the costs and labor associated with filing for ERC, Client shall compensate Payroll LLC THIRTY PERCENT (30%) of all ERC amounts recovered by Client. Client shall notify Payroll LLC of the amount of Compensation received from the IRS, within 3 days from Client's receipt of the funds from the Employee Retention Credit from the IRS. PAYROLL LLC will invoice the client only after the IRS funds are received by the Client. Client's failure to remit payment of the amount invoiced by PAYROLL LLC earned under this Agreement within the time frame provided there in shall be deemed a breach of this Agreement and shall subject the Client to any and all legal actions, proceedings and collection actions required by Firm to collect its earned money.

Client agrees that all payments to LLC will be made in the form of ACH debit or the client will wire the funds. Payroll LLC does not accept checks in any form of physical checks.

Client retains Firm exclusively to represent Client in obtaining **ALL** The ERC, FFCRA & EPSLA eligible to the client for calendar year 2020 and 2021, and Firm agrees to provide tax credits services and to represent Client's interests, all according to the terms set forth in this Agreement for the following tax agencies: IRS

## 3. TERM

(a) <u>Term and Termination</u>. The term of this Agreement shall be effective on the Effective Date and shall continue for shall continue until PAYROLL LLC has received all Payments due for services ("<u>Term</u>"), unless earlier terminated in accordance with the terms and conditions hereof.

(b) <u>Survival of Rights</u>. Termination of this Agreement shall not affect obligations or accrued rights that, by their nature, are intended to survive termination including, but not limited to, any of Client's obligations to pay the Firm its Early Termination Fee or Earned Fee for services rendered and contingency earned under Section 2.

## 4. TERMINATION/EARLY TERMINATION BY CLIENT

Client may not terminate this Agreement once PAYROLL LLC has started the services contained herein. If Client terminates this Agreement for any reason after PAYROLL LLC begins the work contemplated here under and pursues the ERC in anyway, other than through PAYROLL LLC, Client shall be liable for the entire fee, as outlined in section 2 above (**FEES FOR SERVICES/CONSIDERATION**). This early termination fee is NOT A PENALTY and Client agrees and understands that Firm has begun a time-consuming intricate process in submitting ERC claims with the IRS for the Client. This early termination fee shall be paid immediately upon written notice of termination by the Client and if not paid then Firm will have the right to collect and purse the early termination fee under the terms of this Agreement. If the Client decides to NOT pursue the ERC under any circumstances, then there will be no fee of any kind owed by the Client.

8409 N. Military Trail #119, Palm Beach Gardens, FL 33410   <u>RBB</u>   
RBB

## 5. INDEMNIFICATION

Client agrees to indemnify and hold harmless PAYROLL LLC and its directors, managers, members, officers, employees, affiliates, agents, and representatives from and against any and all claims, suits, actions, causes of actions, losses, damages, liabilities, costs and expenses, including reasonable attorneys' fees arising out of i) the breach of any representation, warranty or covenant made in this Agreement by Client, ii) the negligent or willful acts or omissions of Client or its personnel, iii) the performance or non- performance in supplying the Data to PAYROLL LLC in connection with the Services; iv) the failure of Client to follow all IRS guidelines in regards to the CARES Act, or v) the failure of Client to take into consideration ERC credits when preparing its 2020 Federal Income Tax Return.

## 6. GENERAL PROVISIONS

(a)  Assignment. PAYROLL LLC may assign this Agreement at any time.

(b)  No Waiver; Severability; Headings. Any failure by either party to detect, protest or raise any breach of this Agreement shall not constitute a waiver or impairment of any such term or condition, or the right of such party at any time to avail itself of such remedies as it may have for any breach or breaches of such term or condition. If any provision hereof is declared invalid, such provision shall be ineffective only to the extent of such invalidity, so that the remainder of that provision and all remaining provisions of this Agreement will continue in full force and effect. Headings used in this Agreement are for convenience only and shall not be considered in construing or interpreting this Agreement.

(c)  Entire Agreement; Amendment. This Agreement constitutes the final, complete and exclusive statement of the agreement between the parties in respect of the subject matter hereof and supersedes and replaces all prior and contemporaneous agreements, discussions and proposals between the parties in respect of the subject matter. This Agreement may be amended at any time upon notice by PAYROLL LLC, if required by law.

(d)  Force Majeure. Neither party shall be liable to the other in damages for, nor shall this Agreement be terminable or cancelable by reason of, any delay or default caused by events beyond such party's reasonable control, including acts of God, regulation or law or other action or failure to act of any government or agency thereof, war or insurrection, civil commotion, destruction of production facilities or materials by earthquake, fire, flood or storm, labor disturbances, epidemic or failure of suppliers, public utilities or common carriers.

(e)  Choice of Law. This Agreement shall be governed and interpreted under the laws of the State of Florida, other than provisions relating to the conflicts of laws. The parties waive the application of any rules or laws which would result in the application of different law or the invalidity or lack of enforceability of the terms of this Agreement. If a provision of this Agreement is held to be unenforceable or illegal, such decision shall not affect validity or enforceability of any or all of the remaining portions thereof so long as Company determines in its sole discretion that such holding does not destroy the reasonable commercial expectations of the parties. The parties waive the application of any provisions of law that would prohibit the enforcement of any provisions of this Agreement.

(f)  Jurisdiction. The parties hereby agree that this Agreement is governed by the laws of the United States and the State of Florida, without reference to rules governing choice of laws that would result in the application of the laws of any other jurisdiction. If any dispute arises concerning this Agreement, the parties irrevocably agree that the venue shall be laid exclusively in the state and federal courts of Broward



County, Florida, which shall have exclusive jurisdiction over such dispute and the parties consent to the person jurisdiction of such courts. **The parties hereby irrevocably waive the right to a jury trial in connection with any dispute hereunder and agree that any dispute with be a non-jury trial**.

    (g)    <u>Notices</u>. Any notice given under this Agreement will be in writing and delivered to the addresses set forth in opening of this Agreement.

    (h)    <u>Counterparts</u>. This Agreement maybe simultaneously executed in several counterparts. A .pdf or other electronic signature shall be deemed an original for purposes of enforcing this Agreement. The parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date written.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date below. Please date and sign the enclosed copy of this agreement to acknowledge your agreement with and acceptance of the terms of this agreement for all entities listed above. **Please INITIAL each page as well. It is our policy to initiate services <u>after</u> we receive the executed Agreement.**

Agreed and Accepted: **CLIENT**

By: *Robert Brandon Baker*
Robert Brandon Baker (Jun 28, 2022 17:02 EDT)

Printed Name: Robert Brandon Baker

Title: Office Manager

Date: Jun 28, 2022

**AGREED AND ACCEPTED BY: PAYROLL, LLC**

By: *Alex Feldman*

Printed Name: Alex Feldman

Title: President

Date: Jun 28, 2022

# Payroll ERC Agreement - JGJR 308409

Final Audit Report 2022-06-28

| | |
|---|---|
| Created: | 2022-06-28 |
| By: | Franklin De La Cruz (franklin@payrollllc.net) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUdYMHuijLdSskCbtrm_8blNqPeVWgysP |

## "Payroll ERC Agreement - JGJR 308409" History

- Web Form created by Franklin De La Cruz (franklin@payrollllc.net)
  2022-05-25 - 8:07:56 PM GMT

- Web Form filled in by Robert Brandon Baker (Office@thebotanybay.net)
  2022-06-28 - 9:02:36 PM GMT

- User email address verification waived
  2022-06-28 - 9:02:38 PM GMT

- Agreement completed.
  2022-06-28 - 9:02:38 PM GMT

Payroll | Powered by Adobe Acrobat Sign