**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | Botany Bay <thebotanybay97@outlook.com> |
| **Sent:** | Friday, March 31, 2023 1:11 PM |
| **To:** | chris@cwiestlaw.com |
| **Subject:** | Fw: GOVERNMENT RESTRICTIONS |

**From:** Jimmy Riccardi <jimmy@payroll.llc>
**Sent:** Tuesday, June 28, 2022 5:09 PM
**To:** botanybay97@gmail.com <botanybay97@gmail.com>
**Subject:** GOVERNMENT RESTRICTIONS

Good Day,

I wanted to review your eligibility for the ERC and see how your business was affected by the government orders.  Please read the paragraph below.

B. Definition of "Eligible Employer" The employee retention credit is available only to employers that are eligible employers. Section 2301(c)(2)(A) of the CARES Act defines the term "eligible employer" as any employer carrying on a trade or business during calendar year 2020, and, with respect to any calendar quarter, for which (1) the operation of the trade or business carried on during calendar year 2020 is fully or partially suspended due to orders from an appropriate governmental authority limiting commerce, travel, or group meetings (for commercial, social, religious, or other purposes) due to COVID-19, or (2) such calendar quarter is within the period in which the employer had a significant decline in gross receipts, as described in section 2301(c)(2)(B) of the CARES Act.

Please let me know the following:

- How has the highlighted area affected your business?
- During what period did the affected period last? (I specifically need to know when the dates of these restrictions stopped affecting your business)

Once we have this, we will be able to complete the ERC fairly quickly.


Thank you for your consideration,

Jimmy Riccardi

ADP Wholesale Partner Client ID: 24986193



732-735-4566

8409 N. Military Trail #119

Palm Beach Gardens, FL 33410

ADP Run Payroll for Partners Wholesaler



The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries