**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | Botany Bay <thebotanybay97@outlook.com> |
| **Sent:** | Friday, March 31, 2023 1:08 PM |
| **To:** | chris@cwiestlaw.com |
| **Subject:** | Fw: ERC Processing - The Botany Bay - CASE# 12324 |

---

**From:** Document Center <documents@payroll.llc>
**Sent:** Tuesday, June 28, 2022 5:21 PM
**To:** Office@thebotanybay.net <Office@thebotanybay.net>
**Subject:** ERC Processing - The Botany Bay - CASE# 12324

Good Day,

Thank you for signing the agreement for us to prepare your ERC (Employee Retention Credit).

If you haven't already seen the 2-minute video about the ERC, here is the link ERC Video.

Please click on this link ERC Questionnaire to provide us the information we need for the ERC.

We will be needing the payroll reports to calculate your IRS credit.  If you have online access to the reports, please provide an "Accountant Login".  This will allow us to safely view the reports.  We will be needing multiple other reports along the way and strongly recommend you provide login, to prevent asking you for multiple reports.  If not, please request from your accountant the following reports:

**TOTAL Quarterly Wages Tax Register by Employee Reports for the following periods:**

- 2nd Quarter 2020 - 4/1/20-6/30/20
- 3rd Quarter 2020 - 7/1/20-9/30/2020
- 4th Quarter 2020 -10/1/20-12/31/20
- 1st Quarter 2021 - 1/1/21-3/31/21
- 2nd Quarter 2021 - 4/1/21-6/30/21
- 3rd Quarter 2021 - 7/1/21-9/30/2021
- PARTIAL 1st Quarter 2020, from  3/13/20-3/31/20 (I know it's only for 16 days but that is part of the pandemic period).

We will also need all of the 941 quarterly reports for all of 2020 and 2021.

Once we have this information, we can have an accurate estimate of your credit in 7-10 days.

--

Thank you for your consideration,

Documents Team

ADP Wholesale Partner Client ID: 24986193



Office: 561-464-0868

8409 N. Military Trail #119

Palm Beach Gardens, FL 33410

ADP Run Payroll for Partners Wholesaler



The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries