

# ERC Questionnaire - PLEASE READ CAREFULLY!

The surest way to be eligible for the maximum amount of credit/money is through the revenue criteria. (It is the last question asked below.) If you suffered financially during the pandemic, you will automatically be eligible for the IRS credit! The purpose of this questionnaire is to see if you are eligible based on the simplest criteria. If you are NOT eligible based on the revenue criteria, DON'T be concerned. We will still explore the other options based on the mandatory full or partial shutdown criteria.

Furthermore, we will also pursue the FFCRA credit available to your business. The Families First Coronavirus Response Act (the "FFCRA"), as amended by the COVID-related Tax Relief Act of 2020, provides small and midsize employers refundable tax credits that reimburse them, dollar-for-dollar, for the cost of providing paid sick and family leave wages to their employees for leave related to COVID-19

Please keep in mind that unlike the PPP loan, where you were required to provide financial statements to your bank/lending institution, the IRS does NOT require any supporting documents to be provided with your ERC. It is an honor system like when you prepare your corporate or personal tax returns with your accountant. We will not be requesting any financial statements and will rely on the answers you provide, to the best of your ability.

Today's Date: __Jun 28, 2022__

Company Legal Name: __The Botany Bay, Inc__

Your Name: __Ginny Saville__

Email: __office@thebotanybay.net__

Cell Phone Number (with Area Code) - We use TEXTING often to expedite the process: __8594891438__

Type of Business/Industry? (Restaurant, bar, retail, daycare, etc.): __Retail__

Who processes your payroll reports? (ADP, Paychex, QuickBooks, local CPA, etc.): __ADP__

8409 N. Military Trail #119, Palm Beach Gardens, FL 33410

Approximately, how many W-2 employees do you currently have? _____25_____

Please provide the name of **ALL** owners **AND THE PERCENTAGE** OF THE COMPANY THEY OWN: (Example: John Doe 50%, Mary Smith 25%, Bill Johnson 25%):
Ginny Saville 100%
_____

Are any of the owners related? _____No_____

If related, name the owners that are related: none_____

Does any owner with 50% or MORE of the company have any relatives working in the business? _____No_____ (yes or no)

Based on your previous answer, please name the family members working in the business. (Example: John Smith, Mary Smith, Billy Smith, etc.): None_____

Does anyone owning 50% or MORE of this company also own 50% or MORE of any other company? If NO, write "NO".  If YES, list the names of those other companies.
YES
_____

Did you receive funds from the restaurant revitalization grant or the shelter in the venue grant under the American rescue plan for 2021?
_____No_____ (yes or no)

If you received restaurant revitalization money, how much did you get?
_____None_____
_____

If you got the first PPP loan, please provide the date you received the money.  If you did not get a PPP loan, please write, "NO PPP": _____04/16/2020_____

If you got the first PPP loan, how much did you get exactly? If you did not get a PPP loan, please write, "NO PPP": _____138,900_____

PPP loans were to be used in either an 8-week or 24-week period.  Those that used the PPP money over a 24 - week period get MORE money from the ERC. Did you use your PPP loan in 8-weeks or 24-weeks? Choose one of the below:

◯ 8 Weeks

⦿ 24 Weeks

◯ None of the above.

If you got the first PPP loan, was it already fully forgiven?  If not fully forgiven, state the amount that was forgiven. If you did not get a PPP loan, please write, "NO PPP": Yes_____

Do you have the forgiveness application given to the bank? (It is called Form 3508 on the forgiveness application): _____Yes_____ (yes or no). If you have the 3508, "Please forward it to us now."

When completing your PPP loan forgiveness application with your bank, did you request for a portion of the PPP money to be attributed to rent or utilities? _____No_____ (Yes or No).

If you got the second PPP loan, when did you get it? If you did not get a PPP loan, please write, "NO PPP": NO PPP_____

If you got the second PPP loan, how much did you get exactly? If you did not get a PPP loan, please write, "NO PPP": NO PPP_____

If you got the second PPP loan, was it already fully forgiven?  If not fully forgiven, state the amount that was forgiven. If you did not get a PPP loan, please write, "NO PPP": NO PPP_____

Do you have the forgiveness application given to the bank? (It is called Form 3508 on the forgiveness application): _____No_____ (yes or no). If you have the 3508, "Please forward to us now."

If you told the bank that you used PPP money to pay your rent or utilities, you will get more money from the ERC.  Please provide the amount used on rent and utilities.  If ALL money went towards payroll, please write "PAYROLL". _____PAYROLL_____

PPP loans were to be used in either an 8-week or 24-week period. Those that used the PPP money over a 24 - week period get MORE money from the ERC. Did you use your PPP loan in 8-weeks or 24-weeks? Choose one of the below:

○ 8 Weeks

◉ 24 Weeks

○ None of the above.

If you are a restaurant, do you have indoor dining area?

○ Yes

○ No

◉ Doesn't apply

Are you a bar or a restaurant with a bar that has seating at the bar?

○ Yes

○ No

◉ Does not apply

Do you Pay for employee Health Insurance? _____No_____

Did your business begin after 2/15/2020? _____No_____

Do any of these apply to your business? (If you are not sure, please provide your profit and loss statements for each individual quarter of 2019, 2020, and 2021):

☐ 50% drop in gross revenue for 2nd quarter 2020 compared to 2nd quarter 2019

☐ 50% drop in gross revenue for 3rd quarter 2020 compared to 3rd quarter 2019

☐ 50% drop in gross revenue for 4th quarter 2020 compared to 4th quarter 2019

☐ 20% drop in gross revenue for 4th quarter 2020 compared to 4th quarter 2019 (don't confuse with the previous question)

☐ 20% drop in gross revenue for 1st quarter 2021 compared to 1st quarter 2019

☐ 20% drop in gross revenue for 2nd quarter 2021 compared to 2nd quarter 2019

☐ 20% drop in gross revenue for 3rd quarter 2021 compared to 3rd quarter 2019

☑ NONE OF THE ABOVE

*Ginny Saville*
Ginny Saville (Jun 28, 2022 17:33 EDT)

Benevolent Dictator

8409 N. Military Trail #119, Palm Beach Gardens, FL 33410

# Q - ERC Questionnaire

Final Audit Report 2022-06-28

| | |
|---|---|
| Created: | 2022-06-28 |
| By: | Franklin De La Cruz (franklin@payrollllc.net) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAjbv-oyMtvWMvIR4DccVKC4w_KMTvWK-q |

## "Q - ERC Questionnaire" History

- Web Form created by Franklin De La Cruz (franklin@payrollllc.net)
  2022-02-02 - 8:06:08 PM GMT

- Web Form filled in by Ginny Saville (office@thebotanybay.net)
  2022-06-28 - 9:33:44 PM GMT

- User email address verification waived
  2022-06-28 - 9:33:45 PM GMT

- Agreement completed.
  2022-06-28 - 9:33:45 PM GMT

Payroll  Powered by Adobe Acrobat Sign