**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | Botany Bay <thebotanybay97@outlook.com> |
| **Sent:** | Friday, March 31, 2023 1:12 PM |
| **To:** | chris@cwiestlaw.com |
| **Subject:** | Fw: GOVERNMENT RESTRICTIONS |

**From:** Jimmy Riccardi <jimmy@payroll.llc>
**Sent:** Tuesday, June 28, 2022 7:32 PM
**To:** Botany Bay <botanybay97@gmail.com>
**Subject:** Re: GOVERNMENT RESTRICTIONS

Amazing! I forwarded it over to our calculations team.

On Tue, Jun 28, 2022 at 7:29 PM Botany Bay <botanybay97@gmail.com> wrote:
A few things. We were shut down so curbside only starting around Feb 20 and we reopened May 20, so neither of my calendar quarters took the revenue hits your questionnaire was looking for. Here you can see the affect on sales: If you look at the three consecutive months we were closed, it would satisfy the criteria, just neither of the two quarters did. When we reopened, we were under these retail guidelines: https://govsite-assets.s3.amazonaws.com/aTB9pNLQGiEUJEME7LeW_Healthy%20at%20Work%20Reqs%20-%20Retail%20-%20Final%20Version%201.0.pdf and that remained in effect until around the middle of June at 33% capacity, and I think these were the restrictions again in July when the restaurants and bars were closed the second round.

| | | | | | | |
|---|---|---|---|---|---|---|
| Total | 79,870.91 | 83,100.70 | 83,706.66 | 56,830.37 | 88,429.46 | 111,582.78 |
| Average | 2,662.36 | 2,865.54 | 2,700.21 | 1,894.35 | 2,852.56 | 3,719.43 |
| 2019 | 97,383.68 | 102,689.22 | 120,817.44 | 105,914.76 | 100,326.12 | 96,467.79 |
| % change | -17.98 | -19.08 | -30.72 | -46.34 | -11.86 | 15.67 |
| $ difference | -17,512.77 | -19,588.52 | -37,110.78 | -49,084.39 | -11,896.66 | 15,114.99 |
| YTD difference | -17,512.77 | -37,101.29 | -74,212.07 | -123,296.46 | -135,193.12 | -120,078.13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total | 118,749.48 | 124,081.86 | 109,940.58 | 75,383.10 | 118,036.65 | 145,761.61 |
| Average | 3,958.32 | 4,278.68 | 3,546.47 | 2,512.77 | 3,807.63 | 4,858.72 |
| WH | 70,219.08 | 80,723.80 | 74,367.36 | 55,530.62 | 94,378.55 | 119,877.75 |
| Lex Total | 188,968.56 | 204,805.66 | 184,307.94 | 130,913.72 | 212,415.20 | 265,639.36 |
| 2019 | 202,564.57 | 222,925.52 | 255,511.95 | 232,450.85 | 223,859.05 | 213,593.52 |
| % change | -6.71 | -8.13 | -27.87 | -43.68 | -5.11 | 24.37 |
| $ difference | -13,596.01 | -18,119.86 | -71,204.01 | -101,537.13 | -11,443.85 | 52,045.84 |
| YTD difference | -13,596.01 | -31,715.87 | -102,919.88 | -204,457.01 | -215,900.86 | -163,855.02 |

Retail Guidelines
https://govsite-assets.s3.amazonaws.com/aTB9pNLQGiEUJEME7LeW_Healthy%20at%20Work%20Reqs%20-%20Retail%20-%20Final%20Version%201.0.pdf

List of Governor's orders
https://governor.ky.gov/Documents/20201020_COVID-19_page-archive.pdf

Some major changes to the business since Covid. I did have a step son who worked here at the time of Covid (Matthew Saville) but who is no longer employed with us now, and I also had a 50/50 partnership at the time of Covid and my partner (Stephen Watts) also worked for the company. So not sure how to answer some of the things on the questionnaire. You will see their information in ADP, they both had wages during the time period in question.

Covid was one of the contributing factors that pushed my partner to retire, and I needed to buy him out in lieu of selling the business, so anything I get will help to alleviate debt associated with that. Not a direct Covid circumstance but certainly in part.

I held onto a lot employees through Covid but I certainly lost them too.

I'm not sure if I will be eligible for the refund but I sure hope so.

On Tue, Jun 28, 2022 at 5:46 PM Botany Bay <botanybay97@gmail.com> wrote:
A few things. We were shut down so curbside only starting around Feb 20 and we reopened May 20, so neither of my calendar quarters took the revenue hits your questionnaire was looking for. Here you can see the affect on sales:

| | | | | | | |
|---|---|---|---|---|---|---|
| Total | 79,870.91 | 83,100.70 | 83,706.66 | 56,830.37 | 88,429.46 | 111,582.78 |
| Average | 2,662.36 | 2,865.54 | 2,700.21 | 1,894.35 | 2,852.56 | 3,719.43 |
| 2019 | 97,383.68 | 102,689.22 | 120,817.44 | 105,914.76 | 100,326.12 | 96,467.79 |
| % change | -17.98 | -19.08 | -30.72 | -46.34 | -11.86 | 15.67 |
| $ difference | -17,512.77 | -19,588.52 | -37,110.78 | -49,084.39 | -11,896.66 | 15,114.99 |
| YTD difference | -17,512.77 | -37,101.29 | -74,212.07 | -123,296.46 | -135,193.12 | -120,078.13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total | 118,749.48 | 124,081.86 | 109,940.58 | 75,383.10 | 118,036.65 | 145,761.61 |
| Average | 3,958.32 | 4,278.68 | 3,546.47 | 2,512.77 | 3,807.63 | 4,858.72 |
| WH | 70,219.08 | 80,723.80 | 74,367.36 | 55,530.62 | 94,378.55 | 119,877.75 |
| Lex Total | 188,968.56 | 204,805.66 | 184,307.94 | 130,913.72 | 212,415.20 | 265,639.36 |
| 2019 | 202,564.57 | 222,925.52 | 255,511.95 | 232,450.85 | 223,859.05 | 213,593.52 |
| % change | -6.71 | -8.13 | -27.87 | -43.68 | -5.11 | 24.37 |
| $ difference | -13,596.01 | -18,119.86 | -71,204.01 | -101,537.13 | -11,443.85 | 52,045.84 |
| YTD difference | -13,596.01 | -31,715.87 | -102,919.88 | -204,457.01 | -215,900.86 | -163,855.02 |

Some major changes to the business since Covid. I did have a step son who worked here at the time of Covid (Matthew Saville) but who is no longer employed with us now, and I also had a 50/50 partnership at the time of Covid and my partner (Stephen Watts) also worked for the company. So not sure how to answer some of the things on the questionnaire. You will see their information in ADP.

Covid was one of the contributing factors that pushed my partner to retire, and I needed to buy him out in lieu of selling the business, so anything I get will help to alleviate debt associated with that. Not a direct Covid circumstance but certainly in part.

I held onto a lot employees through Covid but I certainly lost them too.

I'm not sure if I will be eligible for the refund but I sure hope so.

On Tue, Jun 28, 2022 at 5:09 PM Jimmy Riccardi <jimmy@payroll.llc> wrote:
Good Day,

I wanted to review your eligibility for the ERC and see how your business was affected by the government orders.  Please read the paragraph below.

B. Definition of "Eligible Employer" The employee retention credit is available only to employers that are eligible employers. Section 2301(c)(2)(A) of the CARES Act defines the term "eligible employer" as any employer carrying on a trade or business during calendar year 2020, and, with respect to any calendar quarter, for which ==(1) the operation of the trade or business carried on during calendar year 2020 is fully or partially suspended due to orders from an appropriate governmental authority limiting commerce, travel, or group meetings (for commercial, social, religious, or other purposes) due to COVID-19==, or (2) such calendar quarter is within the period in which the employer had a significant decline in gross receipts, as described in section 2301(c)(2)(B) of the CARES Act.

Please let me know the following:

- How has the highlighted area affected your business?
- During what period did the affected period last? (I specifically need to know when the dates of these restrictions stopped affecting your business)

Once we have this, we will be able to complete the ERC fairly quickly.

Thank you for your consideration,

Jimmy Riccardi

ADP Wholesale Partner Client ID: 24986193



732-735-4566

8409 N. Military Trail #119

Palm Beach Gardens, FL 33410

ADP Run Payroll for Partners Wholesaler



The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries
--

Thank you for your consideration,

Jimmy Riccardi

ADP Wholesale Partner Client ID: 24986193



732-735-4566

8409 N. Military Trail #119

Palm Beach Gardens, FL 33410

ADP Run Payroll for Partners Wholesaler



The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries

4