**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | Botany Bay <thebotanybay97@outlook.com> |
| **Sent:** | Friday, March 31, 2023 1:14 PM |
| **To:** | chris@cwiestlaw.com |
| **Subject:** | Fw: CREDIT NOTIFICATION - The Botany Bay |

**From:** Alex Feldman <office@payroll.llc>
**Sent:** Thursday, July 7, 2022 6:29 PM
**To:** Botany Bay <thebotanybay97@outlook.com>
**Subject:** Re: CREDIT NOTIFICATION - The Botany Bay

In that case, everything is fine.  You are not getting more than you should be getting.


Thank you for your consideration,


Alex Feldman
RUN Powered by ADP® Payroll for Partners Client ID 24986193



954-732-4495
8409 N. Military Trail #119
Palm Beach Gardens, FL 33410
RUN Powered by ADP® Payroll for Partners



The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries.



On Thu, Jul 7, 2022 at 6:21 PM Botany Bay <thebotanybay97@outlook.com> wrote:
No.

**From:** Alex Feldman <office@payroll.llc>
**Sent:** Thursday, July 7, 2022 6:24 PM
**To:** Botany Bay <thebotanybay97@outlook.com>
**Subject:** Re: CREDIT NOTIFICATION - The Botany Bay

Are Stephen Watts and Ginny Saville related in any way?


Thank you for your consideration,

Alex Feldman
RUN Powered by ADP® Payroll for Partners Client ID 24986193

954-732-4495
8409 N. Military Trail #119
Palm Beach Gardens, FL 33410
RUN Powered by ADP® Payroll for Partners

The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries.

On Thu, Jul 7, 2022 at 5:53 PM Botany Bay <thebotanybay97@outlook.com> wrote:
> Okay, thanks. I completed the questionnaire and answered with the correct information for that time period. The things that are different are only the owners and relatives, the rest is the same, so I'll wait to hear from you again. Thank you for your help.

**From:** Alex Feldman <office@payroll.llc>
**Sent:** Thursday, July 7, 2022 5:33 PM
**To:** Botany Bay <thebotanybay97@outlook.com>
**Subject:** Re: CREDIT NOTIFICATION - The Botany Bay

It is pertaining to the period between March 13, 2020 and March 30, 2021.

Thank you for your consideration,

Alex Feldman
RUN Powered by ADP® Payroll for Partners Client ID 24986193

954-732-4495
8409 N. Military Trail #119
Palm Beach Gardens, FL 33410
RUN Powered by ADP® Payroll for Partners

The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries.

On Thu, Jul 7, 2022 at 5:06 PM Botany Bay <thebotanybay97@outlook.com> wrote:
> The questions in the questionnaire. Specifically the ones that ask about the owners and relatives who work for the company.

**From:** Alex Feldman <office@payroll.llc>
**Sent:** Thursday, July 7, 2022 5:09 PM
**To:** Botany Bay <thebotanybay97@outlook.com>
**Subject:** Re: CREDIT NOTIFICATION - The Botany Bay

I'm sorry, I am not sure what questions exactly you are referring to.

Thank you for your consideration,

Alex Feldman
RUN Powered by ADP® Payroll for Partners Client ID 24986193

954-732-4495
8409 N. Military Trail #119
Palm Beach Gardens, FL 33410
RUN Powered by ADP® Payroll for Partners

The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries.

On Thu, Jul 7, 2022 at 4:45 PM Botany Bay <thebotanybay97@outlook.com> wrote:
> How do I answer the questions? As things were during the quarters in question, or now?

**From:** Alex Feldman <office@payroll.llc>
**Sent:** Thursday, July 7, 2022 4:35 PM
**To:** Botany Bay <thebotanybay97@outlook.com>
**Subject:** Re: CREDIT NOTIFICATION - The Botany Bay

Since you are saying there are changes to your questionnaire, please complete the updated questionnaire by clicking on this link Questionnaire.

Once I review it, I can circle back to you.  Please email me when you have submitted it and I will immediately review it.

Thank you for your consideration,

Alex Feldman
RUN Powered by ADP® Payroll for Partners Client ID 24986193

3

954-732-4495
8409 N. Military Trail #119
Palm Beach Gardens, FL 33410
RUN Powered by ADP® Payroll for Partners



The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries.

On Thu, Jul 7, 2022 at 4:14 PM Botany Bay <thebotanybay97@outlook.com> wrote:
> Can I see the detailed information? There were some questions about the owners and family members and I want understand why that matters. I've mentioned twice now that the answers to those questions are different now than they were at the time and I want to make sure that this was done properly. I'm also asking my accountant about it. I want to go through with this but I also want to make sure it's correct.
>
> **From:** Alex Feldman <office@payroll.llc>
> **Sent:** Friday, July 1, 2022 12:28 PM
> **To:** Botany Bay <thebotanybay97@outlook.com>
> **Subject:** Re: CREDIT NOTIFICATION - The Botany Bay
>
> I certainly appreciate your concern and you're not the first one to voice it. We absolutely stand behind everything that we do and will address any questions anyone might have about our calculations. As long as you didn't lie about any of the information then we will be responsible. If you misrepresented or lied about any of the information then you're on your own.
>
> We're one of the largest ADP wholesale partners in the country and ADP is the largest payroll company in the world. If there's anything else you need, please let me know and I'll be more than happy to help.
>
> Thank you
>
> Alex
>
> On Fri, Jul 1, 2022 at 9:49 AM Botany Bay <thebotanybay97@outlook.com> wrote:
>> I have a question: if I get audited or questioned a few years from now on this, do you all support that and back up your work? Can you give me some more information on your firm so I can be assured you guys are legitimate and not a scam? This is a lot of money and I don't want trouble with the government a few years down the road and i'm left all alone while you guys skip out with $60,000.
>>
>> **From:** Alex Feldman <office@payroll.llc>
>> **Sent:** Tuesday, June 28, 2022 10:24 PM
>> **To:** Office@thebotanybay.net <Office@thebotanybay.net>
>> **Cc:** Jimmy Riccardi <jimmy@payroll.llc>
>> **Subject:** CREDIT NOTIFICATION - The Botany Bay
>>
>> Good Day,
>>
>> We have almost completed the calculations and Jimmy will be in touch with you shortly to go over your credit.

You will receive closing docs to sign for informational purposes.  In the meantime, we will begin doing the amendments and will submit them to the IRS.

Currently, the IRS backlog is running about 4 months for ERC money to arrive at your doorstep but no one knows for sure.  The good news is that you WILL get it.  The IRS will not steal your refund.  They just might take longer than you want. lol

Here is an article for your reference:

https://www.npr.org/2022/02/21/1081747096/tax-filing-season-tax-return-2022

https://acatimes.com/irs-backlog-expected-to-clear-by-end-of-2022/

Thank you for your consideration,


Alex Feldman
RUN Powered by ADP® Payroll for Partners Client ID 24986193



954-732-4495
8409 N. Military Trail #119
Palm Beach Gardens, FL 33410
RUN Powered by ADP® Payroll for Partners



The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries.


--

Thank you for your consideration,


Alex Feldman
RUN Powered by ADP® Payroll for Partners Client ID 24986193



954-732-4495
8409 N. Military Trail #119
Palm Beach Gardens, FL 33410
RUN Powered by ADP® Payroll for Partners



The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries.