**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | Botany Bay <thebotanybay97@outlook.com> |
| **Sent:** | Friday, March 31, 2023 1:15 PM |
| **To:** | chris@cwiestlaw.com |
| **Subject:** | Fw: Reminder: Waiting for you to sign ERC Closing Documents - The Botany Bay Inc - Case#12324 |

**From:** Documents Team <adobesign@adobesign.com>
**Sent:** Thursday, June 30, 2022 4:37 PM
**To:** Ginny Saville <office@thebotanybay.net>
**Subject:** Reminder: Waiting for you to sign ERC Closing Documents - The Botany Bay Inc - Case#12324





## Please sign ERC Closing Documents - The Botany Bay Inc - Case#12324

Good Day,
**Please advised this is a friendly reminder that we are still waiting for the executed documents.
Thank you.**

Click here to review and sign **ERC Closing Documents - The Botany Bay Inc - Case#12324.**

After you sign **ERC Closing Documents - The Botany Bay Inc - Case#12324**, all parties will receive a final PDF copy by email.

Documents Team has requested that this reminder be sent. This reminder will be re-sent every day until completed. Click here if you wish to stop receiving reminders about this agreement.

Documents Team
ADP Wholesale Partner Client ID: 24986193
773-671-5593
8409 N. Military Trail #119
Palm Beach Gardens, FL 33410
ADP Run Payroll for Partners Wholesaler
The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries.
To ensure that you continue receiving our emails, please add adobesign@adobesign.com to your address book or safe list.

1

**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | Botany Bay <thebotanybay97@outlook.com> |
| **Sent:** | Sunday, March 5, 2023 2:10 PM |
| **To:** | chris@cwiestlaw.com |
| **Subject:** | Fw: Reminder: Waiting for you to sign 12324 - FORM 2848 - The Botany Bay Inc |

**From:** Franklin De La Cruz <adobesign@adobesign.com>
**Sent:** Thursday, September 15, 2022 4:21 PM
**To:** Ginny Saville <office@thebotanybay.net>
**Subject:** Reminder: Waiting for you to sign 12324 - FORM 2848 - The Botany Bay Inc





## Please sign 12324 - FORM 2848 - The Botany Bay Inc

**Good Day,**
**Please advised this is a friendly reminder that we are still waiting for the executed documents.**
**Thank you.**

Click here to review and sign **12324 - FORM 2848 - The Botany Bay Inc**.

After you sign **12324 - FORM 2848 - The Botany Bay Inc**, all parties will receive a final PDF copy by email.

Franklin De La Cruz has requested that this reminder be sent. This reminder will be re-sent every day until completed. Click here if you wish to stop receiving reminders about this agreement.

Documents Team
ADP Wholesale Partner Client ID: 24986193
773-671-5593
8409 N. Military Trail #119
Palm Beach Gardens, FL 33410
ADP Run Payroll for Partners Wholesaler
The ADP Logo is a registered trademark owned by ADP, Inc in the United States and in other countries.
To ensure that you continue receiving our emails, please add adobesign@adobesign.com to your address book or safe list.

1