**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | Botany Bay <thebotanybay97@outlook.com> |
| **Sent:** | Sunday, March 5, 2023 2:07 PM |
| **To:** | chris@cwiestlaw.com |
| **Subject:** | Fw: 12324 - Robert Brandon Baker (The Botany Bay Inc) |

**From:** Franklin De La Cruz <Franklin@Payrollllc.net>
**Sent:** Tuesday, December 13, 2022 9:39 PM
**To:** Botany Bay <thebotanybay97@outlook.com>
**Subject:** RE: 12324 - Robert Brandon Baker (The Botany Bay Inc)

I must say I don't recall not answering any of your questions. The agreement granted us exclusive rights to prepare and submit the ERC. You filled out a questionnaire which contained important information we needed, you granted us access to the reports. We then had our tax professionals prepare the calculations and submit it t the IRS.  We've prepared thousands of ERCs. I can assure you we know what we're doing.
We absolutely removed owner salaries & the $138,900 PPP loan.

I'll be more than happy to get on a call, or you can set up a call between you, your accountant and  my partner Alex. He'll be more than happy to answer any concerns that your accountant may have.

I feel this is better than dealing with attorneys. But it's to you, I'm not going to tell you how you should handle it on your end. I'm simply following company procedure.

Thank you for your consideration,

Franklin De La Cruz
Former RUN Powered by ADP Payroll for Partners



773-671-5593

5944 Coral Ridge Dr #266
Coral Springs , FL 33076

**From:** Botany Bay <thebotanybay97@outlook.com>
**Sent:** Tuesday, December 13, 2022 7:52 PM
**To:** Franklin De La Cruz <Franklin@Payrollllc.net>
**Subject:** Re: 12324 - Robert Brandon Baker (The Botany Bay Inc)

I repeatedly asked questions that you did not provide answers to, so I looked further into the rules myself, and there are a number of things in the IRS guidance that you did not take into account when calculating this number, one of the main ones being compensation of owners and family members. The calculations you did were fraudulent and there is no way we are due these funds. I also asked you to provide me with information about the validity of your company and you sent me information about ADP (who I've used for many years to process my payroll).

There are many people taking advantage of this and many warnings about the scammers out there doing this. I'm not interested in being a part of it. I did not agree to file and do not owe you anything.

---

**From:** Franklin De La Cruz <Franklin@Payrollllc.net>
**Sent:** Friday, December 9, 2022 5:54 AM
**To:** Office@thebotanybay.net <Office@thebotanybay.net>
**Cc:** Christine <Christine@payrollllc.net>
**Subject:** 12324 - Robert Brandon Baker (The Botany Bay Inc)

Good day,
As you are aware, we have a signed agreement which your firm retained Payroll LLC, exclusively to get you the Employee Retention Tax Credits.
At this point we have achieved our objective contractually, and we are owed our fee.
You have chosen to ignore all of our attempts to contact you via phone, email, and text.
If you'd like to discuss this, please let me know and we can schedule a call in the next 5 business days.  Otherwise we're left with no options than to hand your case over to our attorneys for collections.
I look forward to hearing from you promptly to resolve this matter.

Thank you for your consideration,

Franklin De La Cruz
Former RUN Powered by ADP Payroll for Partners



773-671-5593

5944 Coral Ridge Dr #266
Coral Springs , FL 33076