**chris@cwiestlaw.com**

| | |
|---|---|
| **From:** | Botany Bay <thebotanybay97@outlook.com> |
| **Sent:** | Sunday, March 5, 2023 2:06 PM |
| **To:** | chris@cwiestlaw.com |
| **Subject:** | Fw: 12324 - Robert Brandon Baker (The Botany Bay Inc) |

**From:** Alex Feldman <office@payroll.llc>
**Sent:** Friday, January 20, 2023 6:21 PM
**To:** Botany Bay <thebotanybay97@outlook.com>
**Cc:** dwaits@blueandco.com <dwaits@blueandco.com>
**Subject:** Re: 12324 - Robert Brandon Baker (The Botany Bay Inc)

Hi Ginny,

Thank you for reaching out.  We have attempted to reach you many times at (859)489-1438 but without success.  You currently have an invoice outstanding of over $70k and we sent your case to the Singer Law Firm for collections last week.  Fortunately, they have not yet begun work on it.  Please remit payment via wiring instructions attached to this email and we will reply upon receipt with the amended returns for your accountant.

Please take care of it by Wednesday or the case will get filed and the lawsuit process will begin.  We desperately don't want to do this but have been unable to reach you for many months.  My number is 954-732-4495 and you can call or text me ANYTIME.  Please reach out ASAP to prevent any further unpleasantness.


Thank you for your consideration,

Alex Feldman



954-732-4495
5944 Coral Ridge Dr #266
Coral Springs, FL 33076


**From:** Botany Bay <thebotanybay97@outlook.com>
**Sent:** Friday, January 20, 2023 3:23 PM
**To:** Franklin De La Cruz <Franklin@Payrollllc.net>; Christine <Christine@payrollllc.net>; jimmy@payroll.llc
**Cc:** Dominique Waits <dwaits@blueandco.com>
**Subject:** ERC

I received the checks today for the ERC. My accountant needs some information from you so they can amend returns for me. Please give Dominique any information she needs regarding the filing of this tax credit.

Thanks,
Ginny Saville